IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE L. PITTS, | No. 2:12-cv-1310-TLN-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| M. CATES, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motions for assistance in service (Doc. 26) and an extension of time (Doc. 27), and defendants' motion for a screening order (Doc. 30).

To the extent plaintiff is requesting service of process by publication, this request is premature. As plaintiff was informed, now that plaintiff has been granted leave to proceed in forma pauperis, if he needed assistance in serving the defendants, the court can request the United States Marshal to assist. Once the court has determined service of the amended complaint is appropriate and the service documents have been submitted, the court will send the service documents to the United States Marshal for service. If the United States Marshal has difficulties in service the defendants, then other options can be explored.

1

1       To the extent plaintiff is requesting additional time to submit his service

2 documents, plaintiff is informed that the court has now received the first of the service

3 documents and they are deemed timely filed.  Again, once the court deems the deems the

4 amended complaint appropriate for service, the court will forward the service documents to the

5 Untied States Marshal.  If additional service documents are necessary, the court will so inform

6 plaintiff.

7       Finally, defendants have requested the court screen the amended complaint.  That

8 request is granted, and the court will screen the complaint to determine whether it is appropriate

9 for service.

10       Accordingly, IT IS HEREBY ORDERED that:

11       1.    Plaintiff's motion for service by publication (Doc. 26) is denied;

12       2.    Plaintiff's motion for an extension of time (Doc. 27) is granted; and

13       3.    Defendants' motion for a screening order (Doc. 30) is granted.

DATED: September 23, 2015

                                                                            
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE